**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Select Hospitality, LLC</u>
   Plaintiff

V.

<u>Strathmore Insurance Company</u>
   Defendant

CIVIL ACTION

NO. 20-cv-11414 – NMG

**<u>ORDER OF DISMISSAL</u>**

<u>Gorton, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>April 7, 2021</u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>4/7/2021</u>
Date

/s/ Leonardo T. Vieira
Deputy Clerk