# United States Court of Appeals
## For the First Circuit

———————————

No. 21-1380

SELECT HOSPITALITY, LLC, on behalf of itself and all others similarly situated,

Plaintiff - Appellant,

v.

STRATHMORE INSURANCE COMPANY,

Defendant - Appellee.

———————————

**JUDGMENT**

Entered: May 4, 2022

    Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

                                          By the Court:

                                          Maria R. Hamilton, Clerk

cc:
Edward F. Haber
Michelle H. Blauner
Ian J. McLoughlin
Wystan M. Ackerman
Gregory P. Varga
Jonathan Edward Small
Michael S. Levine