# United States Court of Appeals
## For the First Circuit

No. 21-1380

SELECT HOSPITALITY, LLC, on behalf of itself and all others similarly situated,

Plaintiff - Appellant,

v.

STRATHMORE INSURANCE COMPANY,

Defendant - Appellee.

**MANDATE**

Entered: May 4, 2022

In accordance with the judgment of May 4, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Wystan M. Ackerman
Michelle H. Blauner
Edward F. Haber
Michael S. Levine
Ian J. McLoughlin
Jonathan Edward Small
Gregory P. Varga